## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA


IN RE: Daniel K. Cravener, II                                         CHAPTER 13
        Jamie L. Cravener

                                BKY. NO. 19-22497 CMB

               Debtor(s)


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Carrington Mortgages Services, LLC and index same on the master mailing list.


                                  Respectfully submitted,

                                  **/s/James C. Warmbrodt, Esquire**
                                  James C. Warmbrodt, Esquire
                                  Attorney I.D. No. 42524
                                  KML Law Group, P.C.
                                  BNY Mellon Independence Center
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106
                                  412-430-3594
                                  jwarmbrodt@kmllawgroup.com