**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/20/2021

IN RE:

DANIEL K. CRAVENER, II
JAMIE L. CRAVENER
161 NASSAU DRIVE
PITTSBURGH, PA  15239
XXX-XX-7440          Debtor(s)

XXX-XX-3179

Case No.19-22497 CMB

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/20/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

Case 19-22497-CMB    Doc 51    Filed 07/20/21    Entered 07/20/21 15:49:35    Desc
Page 3 of 6

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **KERI P EBECK ESQ**<br>BERNSTEIN-BURKLEY<br>707 GRANT STREET<br>SUITE 2200 GULF TOWER<br>PITTSBURGH, PA  15219 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DUQUESNE LIGHT CO/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  OLD NAVY/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  1790 |
| **PRESTON D JAQUISH ESQ**<br>MCGRATH MCCALL PC<br>FOUR GATEWAY CENTER STE 1040<br>444 LIBERTY AVE<br>PITTSBURGH, PA  15222 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  FIRST CMMNWLTH BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **KEVIN S FRANKEL ESQ**<br>SHAPIRO & DENARDO LLC<br>3600 HORIZON DR STE 150<br><br>KING OF PRUSSIA, PA  19406 | Trustee Claim Number:4   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  JPMORGAN CHASE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **S JAMES WALLACE ESQ\*\***<br>GRB LAW<br>437 GRANT ST 14TH FL<br><br>PITTSBURGH, PA  15219-6107 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PEOPLES/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK(\*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br><br>PHOENIX, AZ  85062-8367 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:14<br><br>CLAIM:  0.00<br>COMMENT:  CL14GOV@LTCD/CONF\*554.48X(60+2)=LMT\*24,229.64@6%/PL\*DK! | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  4094 |
| **CARRINGTON MORTGAGE SERVICES LLC**<br>BANKRUPTCY DEPARTMENT<br>PO BOX 3730<br><br>ANAHEIM, CA  92806 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  0.00<br>COMMENT:  CL10GOV\*1495/PLPMT/DECLAR\*DKT4PMT-LMT\*BGN 7/19\*FR JPM CHASE BK-D43 | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  4904 |
| **FIRST COMMONWEALTH BANK\***<br>POB 400\*<br><br>INDIANA, PA  15701 | Trustee Claim Number:8   INT %:  2.74%<br>Court Claim Number:3<br><br>CLAIM:  10,464.23<br>COMMENT:  $CL-PL@2.74%/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  6163 |
| **BANK OF AMERICA NA\*\***<br>PO BOX 15102<br><br>WILMINGTON, DE  19886-5102 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  10,495.13<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3462 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:16-2<br><br>CLAIM:  877.40<br>COMMENT:  BARCLAYS BANK DE/SCH\*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1465 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **JPMORGAN CHASE BANK**<br>PO BOX 15368<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 4,836.24<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2395 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 7,696.58<br>COMMENT: NO ACCT~CITIBANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6735 |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 963.10<br>COMMENT: MY PLACE REWARDS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1449 |
| **DOLLAR BANK FSB(*)**<br>ATTN: COLLECTION DEPT<br>PO BOX 3969<br>PITTSBURGH, PA 15230 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3664 |
| **HARMONY HILLS**<br>18121 BOYS RANCH RD<br><br>ALTOONA, FL 32702-9090 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **KAY JEWELERS**<br>STERLING JEWELERS<br>375 GHENT ROAD<br>AKRON, OH 44333 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9330 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 1,302.78<br>COMMENT: KOHL'S/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3915 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 383.70<br>COMMENT: SYNCHRONY BANK~OLD NAVY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1790 |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH 44101 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 11,125.62<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1589 |
| **RIVERSET CU**<br>53 S 10TH ST<br><br>PITTSBURGH, PA 15203 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DFNCY BLNC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4993 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SUNDANCE VACATIONS**<br>ATTN: LEGAL DEPT<br>264 HIGHLAND PARK BLVD<br>WILKES BARRE, PA 18702 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **T MOBILE/T-MOBILE USA INC BY AMERICAN INF**<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124-8848 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 145.35<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2363 |
| **TRISTATE FINANCIAL**<br>POB 2520<br>WILKES BARRE, PA 18703 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 2837<br>PORTLAND, OR 97208 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 30,964.35<br>COMMENT: 0562/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7440 |
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 2837<br>PORTLAND, OR 97208 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 103,230.99<br>COMMENT: 2109/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3179 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 1,149.46<br>COMMENT: VICTORIAS SECRET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3711 |
| **MAURY COBB**<br>301 BEACON PKWY W<br>BIRMINGHAM, AL 35209 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PHILLIPS & COHEN ASSOCIATES, LTD.**<br>1002 JUSTISON STREET<br>WILMINGTON, DE 19801 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **WELTMAN WEINBERG & REIS CO LPA**<br>323 LAKESIDE AVE W STE 200<br>CLEVELAND, OH 44113-1099 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CARRINGTON MORTGAGE SERVICES LLC**<br>BANKRUPTCY DEPARTMENT<br>PO BOX 3730<br>ANAHEIM, CA 92806 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 1,482.30<br>COMMENT: CL10GOV*$0/PL@CHASE MRTG*THRU 6/19*FR JPM CHASE BK-D43 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4904 |

| CLAIM RECORDS | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA  15219 | Trustee Claim Number:31  INT %:  0.00% <br> Court Claim Number:15 <br><br> CLAIM:  27.90 <br> COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  3690 |
| **S JAMES WALLACE ESQ**** <br> GRB LAW <br> 437 GRANT ST 14TH FL <br><br> PITTSBURGH, PA  15219-6107 | Trustee Claim Number:32  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  PEOPLES/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** <br> ATTN BANKRUPTCY NOTICING <br> 4515 N SANTA FE AVE DEPT APS <br><br> OKLAHOMA CITY, OK  73118 | Trustee Claim Number:33  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  ALLY BANK/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |