IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-22497 CMB |
| | ) | Chapter 13 |
| Daniel K. Cravener II | ) | |
| Jamie L. Cravener | ) | |
| *Debtor* | ) | Related to: Document No. 55 |
| | ) | |
| | ) | **ENTERED BY DEFAULT** |
| Daniel K. Cravener II | ) | |
| Jamie L. Cravener | ) | |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda Winnecour, Trustee, Ally Bank, Ally Financial, Bank of America, Barclays Bank Delaware, Capital One, Carrington Mortgage Services, JP Morgan Chase Bank, Citi Bank, Comenity Capital Bank, Dollar Bank, Duquesne Light Co., First Commonwealth Bank, Harmony Hills, Kohl's, Kay Jewelers, LVNV Funding, Old Navy, PNC Bank Retail Lending, PRA Receivables Management, PA Dept. of Revenue, Peoples Natural Gas, Phillips & Cohen, Portfolio Recovery Assoc., Quantum3 Group LLC, Resurgent Capital Services, Riverset Credit Union, Sundance Vacations & Travel Advantage, Synchrony Bank, T Mobile USA, Tristate Financial, US Dept. of Education, Victoria's Secret, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Respondents* | ) | |

## ORDER APPROVING COUNSEL FOR THE DEBTOR

AND NOW, this day __12th__ of __April__, 2023, upon consideration of the Application for Approval of Attorneys **TO EMPLOY TY OSTERMAN, ESQUIRE AS SPECIAL COUNSEL** filed at Doc. No.[55] (the "Application"), it is hereby ORDERED, ADJUDGED and DECREED as follows:

(1) The Application is approved as of the date the Application was filed.

(2) Ty Osterman, Esq. and Edgar Snyder and Associates is/are hereby appointed as Attorney(s) for the Debtor in this bankruptcy proceeding for the reasons set forth in the Application.

(3) Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well, including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

(4) Approval of any application for appointment of counsel in which certain terms of compensation are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

(5) Applicant shall serve this Order on all interested parties and file a certificate of service.

_Carlota M. Böhm_ glb
Carlota M. Böhm
United States Bankruptcy Judge

cc:
Jamie Cravener
Kenneth Steidl, Esq.
Ty Osterman, Esq.
Ronda Winnecour, Trustee
Office of the U.S. Trustee

FILED
4/12/23 9:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Daniel K. Cravener, II  
Jamie L. Cravener  
    Debtors

Case No. 19-22497-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 12, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Jamie L. Cravener, 161 Nassau Drive, Pittsburgh, PA 15239-2138 |
| sp | + | Ty M. Osterman, Edgar Snyder & Associates, LLC, 600 Grant Street, Pittsburgh, PA 15219-2807 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2023 at the address(es) listed below:

**Name**    **Email Address**

Brian Nicholas  
    on behalf of Creditor Carrington Mortgages Services  LLC bnicholas@kmllawgroup.com

Kenneth Steidl  
    on behalf of Joint Debtor Jamie L. Cravener julie.steidl@steidl-steinberg.com  
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com

Kenneth Steidl  
    on behalf of Debtor Daniel K. Cravener  II julie.steidl@steidl-steinberg.com,  
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;trose@steidl-steinberg.com

Keri P. Ebeck  
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Apr 12, 2023 | Form ID: pdf900 | Total Noticed: 2

Kevin Scott Frankel
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish
    on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 9