IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-22497 CMB |
| | ) | Chapter 13 |
| Daniel K. Cravener II | ) | |
| Jamie L. Cravener | ) | |
| *Debtor* | ) | Related to Docket No. 58 |
| | ) | |
| | ) | |
| Daniel K. Cravener II | ) | |
| Jamie L. Cravener | ) | |
| *Movant* | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda Winnecour, Trustee, Ally | ) | |
| Bank, Ally Financial, Bank of America, Barclays Bank | ) | |
| Delaware, Capital One, Carrington Mortgage Services, JP | ) | |
| Morgan Chase Bank, Citi Bank, Comenity Capital Bank, Dollar | ) | |
| Bank, Duquesne Light Co., First Commonwealth Bank, | ) | |
| Harmony Hills, Kohl's, Kay Jewelers, LVNV Funding, Old | ) | |
| Navy, PNC Bank Retail Lending, PRA Receivables | ) | |
| Management, PA Dept. of Revenue, Peoples Natural Gas, | ) | |
| Phillips & Cohen, Portfolio Recovery Assoc., Quantum3 Group | ) | |
| LLC, Resurgent Capital Services, Riverset Credit Union, | ) | |
| Sundance Vacations & Travel Advantage, Synchrony Bank, T | ) | |
| Mobile USA, Tristate Financial, US Dept. of Education, | ) | |
| Victoria's Secret, | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 19, 2023, a true and correct copy of the **ORDER GRANTING APPLICATION TO EMPLOY TY M. OSTERMAN, ESQ. AND EDGAR SNYDER & ASSOCIATES AS SPECIAL COUNSEL** was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

 All of the remaining parties on the attached mailing matrix.

**Service via the CM/ECF system**
Ronda Winnecour, Trustee
Office of the US Trustee
Keri Ebeck, Esq.
Kevin Frakel, Esq.
Preston Jaquish, Esq.
Brian Nicholas, Esq.
S. James Wallace, Esq.

Date:  May 10, 2023

By:/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
Suite 2830-Gulf Tower, 707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. No.:   34965
ken.steidl@steidl-steinberg.com

Label Matrix for local noticing
0315-2
Case 19-22497-CMB
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Wed May 10 08:57:27 EDT 2023

Ally Bank
PO Box 130424
Roseville MN 55113-0004

Ally Bank, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Financial
PO Box 380901
Bloomington, MN 55438-0901

Bank of America
PO Box 982238
El Paso, TX 79998-2238

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899-8803

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Carrington Mortgage Services, LLC
P.O. BOX 3730
Anaheim, CA 92803-3730

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Citi Bank
Po Box 6217
Sioux Falls, SD 57117-6217

Comenity Capital Bank
PO Box 182120
Columbus, OH 43218-2120

Daniel K. Cravener II
161 Nassau Drive
Pittsburgh, PA 15239-2138

Jamie L. Cravener
161 Nassau Drive
Pittsburgh, PA 15239-2138

Dollar Bank
Credit Card Operations
PO Box 1700
Pittsburgh, PA 15230-1700

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

(p)KERI EBECK
ATTN KERI EBECK
601 GRANT STREET
9TH FLOOR
PITTSBURGH PA 15219-4430

First Commonwealth Bank
c/o McGrath McCall, P.C.
Four Gateway Center, Suite 1040
444 Liberty Avenue
Pittsburgh, PA 15222-1225

(p)FIRST COMMONWEALTH BANK
PO BOX 400
INDIANA PA 15701-0400

Kevin Scott Frankel
Shapiro & DeNardo, LLC
3600 Horizon Drive
Suite 150
King of Prussia, PA 19406-4702

Harmony Hills
18121 Boys Ranch Road
Altoona, FL 32702-9090

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Preston D. Jaquish
McGrath & McCall, P.C.
Four Gateway Center
Suite 1040
444 Liberty Avenue
Pittsburgh, PA 15222-1225

Kay Jewelers
375 Ghent Road
Akron, OH 44333-4600

Kay Jewelers
PO Box 659728
San Antonio, TX 78265-9728

Kohl's
Po Box 3115
Milwaukee, WI 53201-3115

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Maury Cobb
301 Beacon Parkway, Suite 100
Birmingham, AL 35209-3103

Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

| Old Navy<br>c/o Synchrony Bank<br>Po Box 965005<br>Orlando, FL 32896-5005 | Ty M. Osterman<br>Edgar Snyder & Associates, LLC<br>600 Grant Street<br>Pittsburgh, PA 15219-2807 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
|---|---|---|
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | Phillips & Cohen<br>Mail Stop 661<br>1002 Justison St.<br>Wilmington, DE 19801-5148 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Resurgen Capital Services<br>PO Box 10497<br>Mail Stop 576<br>Greenville, SC 29603-0497 |
| Riverset Credit Union<br>53 South 10th Street<br>Pittsburgh, PA 15203-1142 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Sundance Vacations & Travel Advantage<br>c/o Tristate Financial Inc.<br>Po Box 29352<br>Phoenix, AZ 85038-9352 |
| Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | T Mobile/T-Mobile USA Inc<br>by American InfoSource as agent<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| Tristate Financial<br>PO Box 29352<br>Phoenix, AZ 85038-9352 | U.S. Department of Education<br>c/o Nelnet<br>3015 Parker Road, Suite 400<br>Aurora, CO 80014-2904 | US Department of Education c/o Nelnet,<br>121 South 13th Street, Suite 201,<br>Lincoln, NE 68508-1911 |
| Victoria Secret<br>c/o Comenity Bank<br>PO Box 182789<br>Columbus, OH 43218-2789 | S. James Wallace<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219-1753 | Weltman Weinberg & Reis CO, LPA<br>323 W. Lakeside Avenue, Suite 200<br>Cleveland, OH 44113-1009 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Bank
P.O. Box 15298
Wilmington, DE 19850-5298

(d)Chase Mortgage Corporation
P. O. Box 24696
Columbus, OH 43224-0696

Keri P. Ebeck
Bernstein-Burkley
601 Grant Street, 9th Floor
Pittsburgh, PA 15219


First Commonwealth Bank
P. O. Box 400
Indiana, PA 15701-0400

(d)JPMorgan Chase Bank, N.A.
Chase Records Center
ATTN: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane, Monroe, LA 71203

PNC Bank Card Services
PO Box 3180
Pittsburgh, PA 15230


(d)PNC Bank, National Association
PO Box 94982
Cleveland, OH  44101

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

T-Mobile
Po Box 37380
Albuquerque, NM 87176-7380


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Carrington Mortgages Services, LLC

(d)Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

(d)First Commonwealth Bank
c/o McGrath McCall, P.C.
Four Gateway Center, Suite 1040
444 Liberty Avenue
Pittsburgh, PA 15222-1225


(u)JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

End of Label Matrix
Mailable recipients    54
Bypassed recipients     4
Total                  58