# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-22497 CMB |
| Daniel K. Cravener II, ) | Chapter 13 |
| Jamie L. Cravener, ) | |
| **Debtors** ) | Docket No. |
| ) | |
| Daniel K. Cravener II, ) | Related to Docket No. 66 |
| Jamie L. Cravener, ) | |
| **Movants** ) | |
| ) | |
| Vs. ) | |
| ) | |
| Ronda J. Winnecour, Trustee, ) | |
| **Respondent** ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 19, 2024, a true and correct copy of the *Motion To Vacate Order Of Court Dismissing Debtors' Chapter 13 Bankruptcy Case* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Daniel & Jamie Cravener
161 Nassau Drive
Pittsburgh, PA 15239

**Served by CM/ECF:**
Ronda J. Winnecour, Trustee


Date of Service: June 19, 2024        /s/ Kenneth Steidl
                                      Kenneth Steidl, Esquire
                                      Attorney for the Debtor
                                      STEIDL & STEINBERG
                                      2830 Gulf Tower - 707 Grant Street
                                      Pittsburgh, PA 15219
                                      (412) 391-8000
                                      ken.steidl@steidl-steinberg.com
                                      PA I.D. No. 34965