IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-22497 CMB |
| Daniel K. Cravener II, ) | Chapter 13 |
| Jamie L. Cravener, ) | |
| *Debtors* ) | Docket No. |
| ) | |
| Daniel K. Cravener II, ) | Related to Docket No. 66 , 67 |
| Jamie L. Cravener, ) | |
| *Movants* ) | |
| ) | |
| Vs. ) | |
| ) | |
| Ronda J. Winnecour, Trustee, ) | **ENTERED BY DEFAULT** |
| *Respondent* ) | |

**ORDER OF COURT**

AND NOW, to wit, this __10th__ day of __July__, 2024, it is hereby ORDERED, ADJUDGED, and DECREED that the Order of Court dated June 11, 2024 dismissing the Chapter 13 bankruptcy case of Daniel K. Cravener II & Jamie L. Cravener is hereby vacated. This case shall proceed as an open, active Chapter 13 bankruptcy case.

_____ J.
   dmr

FILED
7/10/24 12:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22497-CMB |
| Daniel K. Cravener, II | Chapter 13 |
| Jamie L. Cravener | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 10, 2024 | Form ID: pdf900 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel K. Cravener, II, Jamie L. Cravener, 161 Nassau Drive, Pittsburgh, PA 15239-2138 |
| sp | + | Ty M. Osterman, Edgar Snyder & Associates, LLC, 600 Grant Street, Pittsburgh, PA 15219-2807 |
| 15091218 | | Dollar Bank, Credit Card Operations, PO Box 1700, Pittsburgh, PA 15230-1700 |
| 15083240 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15075420 | | Harmony Hills, 18121 Boys Ranch Road, Altoona, FL 32702-9090 |
| 15075424 | + | Riverset Credit Union, 53 South 10th Street, Pittsburgh, PA 15203-1142 |
| 15075425 | | Sundance Vacations & Travel Advantage, c/o Tristate Financial Inc., Po Box 29352, Phoenix, AZ 85038-9352 |
| 15075427 | | Tristate Financial, PO Box 29352, Phoenix, AZ 85038-9352 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 11 2024 00:14:43 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 11 2024 00:15:44 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 11 2024 00:14:59 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 10 2024 23:52:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15114437 | | Email/Text: ally@ebn.phinsolutions.com | Jul 10 2024 23:52:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15091211 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 10 2024 23:52:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 15075413 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 10 2024 23:52:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15097630 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 10 2024 23:52:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15075414 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 10 2024 23:52:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15224407 | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 10 2024 23:52:00 | Carrington Mortgage Services, LLC, P.O. BOX 3730, Anaheim, CA 92806 |
| 15094107 | | Email/PDF: bncnotices@becket-lee.com | Jul 11 2024 00:42:30 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| | | | | |
|---|---|---|---|---|
| 15075417 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 11 2024 00:15:53 | Citi Bank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15075418 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 10 2024 23:52:00 | Comenity Capital Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 15115240 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 10 2024 23:52:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15075419 | | Email/Text: SAABankruptcy@fcbanking.com | Jul 10 2024 23:52:00 | First Commonwealth Bank, P. O. Box 400, Indiana, PA 15701-0400 |
| 15075415 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 11 2024 00:01:47 | Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15075416 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 11 2024 00:14:06 | Chase Mortgage Corporation, P. O. Box 24696, Columbus, OH 43224-0696 |
| 15106955 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 11 2024 00:42:35 | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 15086244 | + | Email/Text: RASEBN@raslg.com | Jul 10 2024 23:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15091222 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 10 2024 23:52:00 | Kay Jewelers, PO Box 659728, San Antonio, TX 78265-9728 |
| 15091221 | + | Email/Text: BKRMailOPS@weltman.com | Jul 10 2024 23:52:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 15075421 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 10 2024 23:52:00 | Kohl's, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15091365 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2024 00:13:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15091224 | ^ | MEBN | Jul 10 2024 23:52:56 | Maury Cobb, 301 Beacon Parkway, Suite 100, Birmingham, AL 35209-3103 |
| 15075422 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 11 2024 00:01:45 | Old Navy, c/o Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 15075423 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 10 2024 23:52:00 | PNC Bank Card Services, PO Box 3180, Pittsburgh, PA 15230 |
| 15108821 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 10 2024 23:52:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 15117204 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 11 2024 00:14:43 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15091226 | | Email/Text: pcabkt@phillips-cohen.com | Jul 10 2024 23:52:00 | Phillips & Cohen, Mail Stop 661, 1002 Justison St., Wilmington, DE 19801-5148 |
| 15110239 | | Email/Text: bnc-quantum@quantum3group.com | Jul 10 2024 23:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15110241 | | Email/Text: bnc-quantum@quantum3group.com | Jul 10 2024 23:52:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15091228 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2024 00:01:50 | Resurgen Capital Services, PO Box 10497, Mail Stop 576, Greenville, SC 29603-0497 |
| 15075917 | ^ | MEBN | Jul 10 2024 23:53:05 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15075426 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Jul 11 2024 01:10:34 | T-Mobile, Po Box 37380, Albuquerque, NM 87176-7380 |
| 15085788 | | Email/PDF: ebn_ais@aisinfo.com | Jul 11 2024 00:14:40 | T Mobile/T-Mobile USA Inc, by American |

Case 19-22497-CMB    Doc 73    Filed 07/12/24    Entered 07/13/24 00:32:37    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 10, 2024 | Form ID: pdf900 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| | | | | InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 15075428 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 10 2024 23:52:00 | U.S. Department of Education, c/o Nelnet, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 15083208 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 10 2024 23:52:00 | US Department of Education c/o Nelnet,, 121 South 13th Street, Suite 201,, Lincoln, NE 68508-1911 |
| 15075430 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 10 2024 23:52:00 | Victoria Secret, c/o Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 15091236 | | Email/Text: BKRMailOps@weltman.com | Jul 10 2024 23:52:00 | Weltman Weinberg & Reis CO, LPA, 323 W. Lakeside Avenue, Suite 200, Cleveland, OH 44113-1009 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Carrington Mortgages Services, LLC |
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15091212 | * | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15091213 | *+ | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15091216 | *+ | Citi Bank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15091217 | *+ | Comenity Capital Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 15091219 | *P++ | FIRST COMMONWEALTH BANK, PO BOX 400, INDIANA PA 15701-0400, address filed with court:, First Commonwealth Bank, P. O. Box 400, Indiana, PA 15701-0400 |
| 15091220 | * | Harmony Hills, 18121 Boys Ranch Road, Altoona, FL 32702-9090 |
| 15091214 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15091215 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Mortgage Corporation, P. O. Box 24696, Columbus, OH 43224-0696 |
| 15091223 | *+ | Kohl's, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15091225 | *+ | Old Navy, c/o Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 15091227 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank Card Services, PO Box 3180, Pittsburgh, PA 15230 |
| 15091229 | *+ | Riverset Credit Union, 53 South 10th Street, Pittsburgh, PA 15203-1142 |
| 15091230 | * | Sundance Vacations & Travel Advantage, c/o Tristate Financial Inc., Po Box 29352, Phoenix, AZ 85038-9352 |
| 15091231 | *P++ | T MOBILE, C O AMERICAN INFOSOURCE LP, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, T-Mobile, Po Box 37380, Albuquerque, NM 87176-7380 |
| 15091232 | * | Tristate Financial, PO Box 29352, Phoenix, AZ 85038-9352 |
| 15075429 | *+ | U.S. Department of Education, c/o Nelnet, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 15091233 | *+ | U.S. Department of Education, c/o Nelnet, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 15091234 | *+ | U.S. Department of Education, c/o Nelnet, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 15091235 | *+ | Victoria Secret, c/o Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |

TOTAL: 2 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jul 10, 2024 | Form ID: pdf900 | Total Noticed: 47

Date: Jul 12, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:**

**Name** — **Email Address**

Denise Carlon
on behalf of Creditor Carrington Mortgages Services LLC dcarlon@kmllawgroup.com

Gary W. Darr
on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Kenneth Steidl
on behalf of Joint Debtor Jamie L. Cravener julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Kenneth Steidl
on behalf of Debtor Daniel K. Cravener II julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kevin Scott Frankel
on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 9