# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  DANIEL K. CRAVENER, II<br>JAMIE L. CRAVENER<br>         Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>        vs.<br>DANIEL K. CRAVENER, II<br>JAMIE L. CRAVENER<br><br>    Respondents | Case No.19-22497CMB<br><br><br>Chapter 13<br><br><br>Document No._____ |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___18th___ day of ___July___, 20_24_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Plum Borough School District
Attn.: Payroll Manager
900 Elicker Rd
Pittsburgh, PA 15239

is hereby ordered to immediately terminate the attachment of the wages of JAMIE L. CRAVENER, social security number XXX-XX-3179. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JAMIE L. CRAVENER.

cc: Debtor(s)

BY THE COURT:

_Carlota M. Böhm_
dmk
UNITED STATES BANKRUPTCY JUDGE

FILED
7/18/24 8:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-22497-CMB
Daniel K. Cravener, II  Chapter 13
Jamie L. Cravener
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Jul 18, 2024     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

**Recip ID     Recipient Name and Address**
db/jdb     + Daniel K. Cravener, II, Jamie L. Cravener, 161 Nassau Drive, Pittsburgh, PA 15239-2138

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2024 at the address(es) listed below:

**Name     Email Address**

Denise Carlon
    on behalf of Creditor Carrington Mortgages Services LLC dcarlon@kmllawgroup.com

Gary W. Darr
    on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Kenneth Steidl
    on behalf of Joint Debtor Jamie L. Cravener julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Kenneth Steidl
    on behalf of Debtor Daniel K. Cravener II julie.steidl@steidl-steinberg.com,
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jul 18, 2024 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kevin Scott Frankel
    on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 9