IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Daniel Cravener, Jr. ) | Case No. 19-22497 CMB |
| Jamie Cravener ) | |
|     Debtor ) | Chapter 13 |
| ) | Document No. 80 |
| Steidl and Steinberg, P.C. ) | |
|     Applicant ) | |
| ) | |
|     vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | |
| Trustee, Dept. of Revenue, Ally Bank, Ally Financial, ) | |
| Bank of America, Barclays Bank Delaware, Capital One,) | |
| Carrington Mortgage Service, JP Morgan Chase, Citi ) | |
| Bank, Comenity Capital Bank, Dollar Bank, Duquesne ) | |
| Light Co., First Commonwealth Bank, Harmony Hills, ) | |
| Kay Jewelers, Kohl's, LVNV Funding, Maury Cobb, ) | |
| Old Navy, PNC Bank Retail Lending, PRA Receivables, ) | |
| Peoples Natural Gas. Portfolio Recover Assoc., ) | |
| Qunatum3 Group, Resurgent Capital Service, Riverset ) | |
| Credit Union, Sundance Vacation & Travel Advantage, ) | |
| Synchrony Bank, T-Mobile, Tristate Financial, US ) | |
| Dept. of Education, Victoria's Secret, ) | |
|     Respondents ) | |

**ENTERED BY DEFAULT**
<u>ORDER OF COURT</u>

    AND NOW, to-wit this ___27th___ day of __November___, 2024, after consideration of the Application for Final Compensation by Counsel for Debtor it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $2,571.00 for work performed in the Chapter 13 case by Debtors' counsel from November 14, 2018, to November 7, 2024.

2. The Debtors paid their counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtor's counsel was paid a $1,335.00

retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $2,665.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtor's counsel is $8,065.00, with the total to be paid through the Plan by the Trustee being up to $5,236.00 (representing the $2,665.00 previously approved to be paid (as set forth above), and a remaining amount up to $2,571.00 to be paid from any funds the Chapter 13 Trustee may have on hand after the goals of the plan are achieved but before a Debtor Refund is issued with the remaining funds being refunded to the Debtors,

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total additional compensation as $2,571.00.

*Carlota M. Böhm* dmk
Hon. Carlota M. Bohm
United States Bankruptcy Judge

FILED
11/27/24 1:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-22497-CMB
Daniel K. Cravener, II Chapter 13
Jamie L. Cravener
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Nov 27, 2024     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2024:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Daniel K. Cravener, II, Jamie L. Cravener, 161 Nassau Drive, Pittsburgh, PA 15239-2138

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2024 at the address(es) listed below:

**Name**     **Email Address**

Brent J. Lemon
    on behalf of Creditor Carrington Mortgages Services LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com

Denise Carlon
    on behalf of Creditor Carrington Mortgages Services LLC dcarlon@kmllawgroup.com

Gary W. Darr
    on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com

Kenneth Steidl
    on behalf of Joint Debtor Jamie L. Cravener julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Kenneth Steidl
    on behalf of Debtor Daniel K. Cravener II julie.steidl@steidl-steinberg.com,

Case 19-22497-CMB    Doc 85    Filed 11/29/24    Entered 11/30/24 00:31:06    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 27, 2024 | Form ID: pdf900 | Total Noticed: 1 |

ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kevin Scott Frankel
on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 10