| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Daniel K. Cravener II<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7440<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jamie L. Cravener<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3179<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   19–22497–CMB | | |

# Order of Discharge                                                                                             12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Daniel K. Cravener II                                    Jamie L. Cravener

<u>3/21/25</u>                                                         **By the court:** <u>Carlota M Bohm</u>
                                                                                           United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                                     **Chapter 13 Discharge**                                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Daniel K. Cravener, II  
Jamie L. Cravener  
    Debtors

Case No. 19-22497-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Mar 21, 2025      Form ID: 3180W      Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel K. Cravener, II, Jamie L. Cravener, 161 Nassau Drive, Pittsburgh, PA 15239-2138 |
| sp | + | Ty M. Osterman, Edgar Snyder & Associates, LLC, 600 Grant Street, Pittsburgh, PA 15219-2807 |
| 15091218 | | Dollar Bank, Credit Card Operations, PO Box 1700, Pittsburgh, PA 15230-1700 |
| 15075420 | | Harmony Hills, 18121 Boys Ranch Road, Altoona, FL 32702-9090 |
| 15075424 | + | Riverset Credit Union, 53 South 10th Street, Pittsburgh, PA 15203-1142 |
| 15075425 | | Sundance Vacations & Travel Advantage, c/o Tristate Financial Inc., Po Box 29352, Phoenix, AZ 85038-9352 |
| 15075427 | | Tristate Financial, PO Box 29352, Phoenix, AZ 85038-9352 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 22 2025 04:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 22 2025 04:44:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Mar 22 2025 04:44:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Mar 22 2025 04:44:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Mar 22 2025 04:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 22 2025 00:46:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15114437 | | EDI: GMACFS.COM | Mar 22 2025 04:44:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15091211 | + | EDI: GMACFS.COM | Mar 22 2025 04:44:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 15075413 | | EDI: BANKAMER | Mar 22 2025 04:44:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15097630 | + | EDI: BANKAMER2 | Mar 22 2025 04:44:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15075414 | + | EDI: TSYS2 | | |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 15224407 | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 22 2025 04:44:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15094107 | | Email/PDF: bncnotices@becket-lee.com | Mar 22 2025 00:46:00 | Carrington Mortgage Services, LLC, P.O. BOX 3730, Anaheim, CA 92806 |
| 15075415 | | EDI: JPMORGANCHASE | Mar 22 2025 01:04:34 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15075416 | | EDI: JPMORGANCHASE | Mar 22 2025 04:44:00 | Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15075417 | + | EDI: CITICORP | Mar 22 2025 04:44:00 | Chase Mortgage Corporation, P. O. Box 24696, Columbus, OH 43224-0696 |
| 15075418 | + | EDI: WFNNB.COM | Mar 22 2025 04:44:00 | Citi Bank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15115240 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 22 2025 04:44:00 | Comenity Capital Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 15075419 | | Email/Text: SAABankruptcy@fcbanking.com | Mar 22 2025 00:47:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15083240 | ^ | MEBN | Mar 22 2025 00:46:00 | First Commonwealth Bank, P. O. Box 400, Indiana, PA 15701-0400 |
| 15086244 | + | Email/Text: RASEBN@raslg.com | Mar 22 2025 00:44:59 | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15106955 | | EDI: JPMORGANCHASE | Mar 22 2025 00:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15091222 | | EDI: WFNNB.COM | Mar 22 2025 04:44:00 | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 15091221 | + | Email/Text: BKRMailOPS@weltman.com | Mar 22 2025 04:44:00 | Kay Jewelers, PO Box 659728, San Antonio, TX 78265-9728 |
| 15075421 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 22 2025 00:46:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 15091365 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2025 00:46:00 | Kohl's, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15091224 | ^ | MEBN | Mar 22 2025 00:54:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15075422 | + | EDI: SYNC | Mar 22 2025 00:44:32 | Maury Cobb, 301 Beacon Parkway, Suite 100, Birmingham, AL 35209-3103 |
| 15075423 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 22 2025 04:44:00 | Old Navy, c/o Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 15108821 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 22 2025 00:46:00 | PNC Bank Card Services, PO Box 3180, Pittsburgh, PA 15230 |
| 15117204 | | EDI: PRA.COM | Mar 22 2025 00:46:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 15091226 | | Email/Text: pcabkt@phillips-cohen.com | Mar 22 2025 04:44:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15110239 | | EDI: Q3G.COM | Mar 22 2025 00:46:00 | Phillips & Cohen, Mail Stop 661, 1002 Justison St., Wilmington, DE 19801-5148 |
| 15110241 | | EDI: Q3G.COM | Mar 22 2025 04:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| | | | Mar 22 2025 04:44:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |

Case 19-22497-CMB   Doc 90   Filed 03/23/25   Entered 03/24/25 00:26:04   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 21, 2025 | Form ID: 3180W | Total Noticed: 49 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15091228 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2025 00:54:10 | Resurgen Capital Services, PO Box 10497, Mail Stop 576, Greenville, SC 29603-0497 |
| 15075917 | ^ | MEBN | Mar 22 2025 00:44:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15075426 | | EDI: AISTMBL.COM | Mar 22 2025 04:44:00 | T-Mobile, Po Box 37380, Albuquerque, NM 87176-7380 |
| 15085788 | | EDI: AIS.COM | Mar 22 2025 04:44:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 15075428 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 22 2025 00:46:00 | U.S. Department of Education, c/o Nelnet, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 15083208 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 22 2025 00:46:00 | US Department of Education c/o Nelnet,, 121 South 13th Street, Suite 201,, Lincoln, NE 68508-1911 |
| 15075430 | + | EDI: WFNNB.COM | Mar 22 2025 04:44:00 | Victoria Secret, c/o Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 15091236 | | Email/Text: BKRMailOps@weltman.com | Mar 22 2025 00:46:00 | Weltman Weinberg & Reis CO, LPA, 323 W. Lakeside Avenue, Suite 200, Cleveland, OH 44113-1009 |

TOTAL: 42

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Carrington Mortgages Services, LLC |
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15091212 | * | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15091213 | *+ | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15091214 | * | Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15091215 | * | Chase Mortgage Corporation, P. O. Box 24696, Columbus, OH 43224-0696 |
| 15091216 | *+ | Citi Bank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15091217 | *+ | Comenity Capital Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 15091219 | *P++ | FIRST COMMONWEALTH BANK, PO BOX 400, INDIANA PA 15701-0400, address filed with court:, First Commonwealth Bank, P. O. Box 400, Indiana, PA 15701-0400 |
| 15091220 | * | Harmony Hills, 18121 Boys Ranch Road, Altoona, FL 32702-9090 |
| 15091223 | *+ | Kohl's, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15091225 | *+ | Old Navy, c/o Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 15091227 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank Card Services, PO Box 3180, Pittsburgh, PA 15230 |
| 15091229 | *+ | Riverset Credit Union, 53 South 10th Street, Pittsburgh, PA 15203-1142 |
| 15091230 | * | Sundance Vacations & Travel Advantage, c/o Tristate Financial Inc., Po Box 29352, Phoenix, AZ 85038-9352 |
| 15091231 | *P++ | T MOBILE, C O AMERICAN INFOSOURCE LP, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, T-Mobile, Po Box 37380, Albuquerque, NM 87176-7380 |
| 15091232 | * | Tristate Financial, PO Box 29352, Phoenix, AZ 85038-9352 |
| 15075429 | *+ | U.S. Department of Education, c/o Nelnet, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 15091233 | *+ | U.S. Department of Education, c/o Nelnet, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 15091234 | *+ | U.S. Department of Education, c/o Nelnet, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 15091235 | *+ | Victoria Secret, c/o Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |

TOTAL: 2 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Mar 21, 2025 | Form ID: 3180W | Total Noticed: 49 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2025           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Carrington Mortgages Services  LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor Carrington Mortgages Services  LLC dcarlon@kmllawgroup.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Kenneth Steidl | on behalf of Joint Debtor Jamie L. Cravener julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Daniel K. Cravener  II julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Kevin Scott Frankel | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 10