**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DANIEL K. CRAVENER, II
    JAMIE L. CRAVENER
          Debtor(s)

Ronda J. Winnecour
        Movant
      vs.
No Repondents.

Case No.:19-22497

Chapter 13

Document No.: 86

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this _____21st_____ day of _____March_____, 20 25 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
3/21/25 11:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_ **dmr**
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 19-22497-CMB

Daniel K. Cravener, II                                                                          Chapter 13

Jamie L. Cravener

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                         User: auto                                                  Page 1 of 4

Date Rcvd: Mar 21, 2025                              Form ID: pdf900                                  Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel K. Cravener, II, Jamie L. Cravener, 161 Nassau Drive, Pittsburgh, PA 15239-2138 |
| sp | + | Ty M. Osterman, Edgar Snyder & Associates, LLC, 600 Grant Street, Pittsburgh, PA 15219-2807 |
| 15091218 | | Dollar Bank, Credit Card Operations, PO Box 1700, Pittsburgh, PA 15230-1700 |
| 15075420 | | Harmony Hills, 18121 Boys Ranch Road, Altoona, FL 32702-9090 |
| 15075424 | + | Riverset Credit Union, 53 South 10th Street, Pittsburgh, PA 15203-1142 |
| 15075425 | | Sundance Vacations & Travel Advantage, c/o Tristate Financial Inc., Po Box 29352, Phoenix, AZ 85038-9352 |
| 15075427 | | Tristate Financial, PO Box 29352, Phoenix, AZ 85038-9352 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 22 2025 00:54:10 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 22 2025 00:54:22 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 22 2025 01:04:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 22 2025 00:46:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15114437 | | Email/Text: ally@ebn.phinsolutions.com | Mar 22 2025 00:46:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15091211 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 22 2025 00:46:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 15075413 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 22 2025 00:46:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15097630 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 22 2025 00:46:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15075414 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 22 2025 00:46:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15224407 | | Email/Text: BKBCNMAIL@carringtonms.com | Mar 22 2025 00:46:00 | Carrington Mortgage Services, LLC, P.O. BOX 3730, Anaheim, CA 92806 |
| 15094107 | | Email/PDF: bncnotices@becket-lee.com | Mar 22 2025 01:04:34 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15075415 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |

| | | | Mar 22 2025 00:54:21 | Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
|---|---|---|---|---|
| 15075416 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 22 2025 00:53:22 | Chase Mortgage Corporation, P. O. Box 24696, Columbus, OH 43224-0696 |
| 15075417 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2025 00:53:49 | Citi Bank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15075418 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 22 2025 00:46:00 | Comenity Capital Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 15115240 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 22 2025 00:47:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15075419 | | Email/Text: SAABankruptcy@fcbanking.com | Mar 22 2025 00:46:00 | First Commonwealth Bank, P. O. Box 400, Indiana, PA 15701-0400 |
| 15083240 | ^ | MEBN | Mar 22 2025 00:44:59 | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15086244 | + | Email/Text: RASEBN@raslg.com | Mar 22 2025 00:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15106955 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 22 2025 01:04:41 | JPMorgan Chase Bank, N.A., Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 15091222 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 22 2025 00:46:00 | Kay Jewelers, PO Box 659728, San Antonio, TX 78265-9728 |
| 15091221 | + | Email/Text: BKRMailOPS@weltman.com | Mar 22 2025 00:46:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 15075421 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 22 2025 00:46:00 | Kohl's, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15091365 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2025 00:53:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15091224 | ^ | MEBN | Mar 22 2025 00:44:33 | Maury Cobb, 301 Beacon Parkway, Suite 100, Birmingham, AL 35209-3103 |
| 15075422 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2025 00:53:49 | Old Navy, c/o Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 15075423 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 22 2025 00:46:00 | PNC Bank Card Services, PO Box 3180, Pittsburgh, PA 15230 |
| 15108821 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 22 2025 00:46:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 15117204 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 22 2025 00:53:49 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15091226 | | Email/Text: pcabkt@phillips-cohen.com | Mar 22 2025 00:46:00 | Phillips & Cohen, Mail Stop 661, 1002 Justison St., Wilmington, DE 19801-5148 |
| 15110239 | | Email/Text: bnc-quantum@quantum3group.com | Mar 22 2025 00:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15110241 | | Email/Text: bnc-quantum@quantum3group.com | Mar 22 2025 00:46:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15091228 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2025 00:53:45 | Resurgen Capital Services, PO Box 10497, Mail Stop 576, Greenville, SC 29603-0497 |
| 15075917 | ^ | MEBN | Mar 22 2025 00:44:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15075426 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Mar 22 2025 00:53:44 | T-Mobile, Po Box 37380, Albuquerque, NM |

District/off: 0315-2                                   User: auto                                        Page 3 of 4
Date Rcvd: Mar 21, 2025                          Form ID: pdf900                               Total Noticed: 47

|            |                                                        |                      | 87176-7380 |
|------------|--------------------------------------------------------|----------------------|------------|
| 15085788   | Email/PDF: ebn_ais@aisinfo.com                         | Mar 22 2025 00:53:45 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 15075428   | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov  | Mar 22 2025 00:46:00 | U.S. Department of Education, c/o Nelnet, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 15083208   | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov  | Mar 22 2025 00:46:00 | US Department of Education c/o Nelnet,, 121 South 13th Street, Suite 201,, Lincoln, NE 68508-1911 |
| 15075430   | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM           | Mar 22 2025 00:46:00 | Victoria Secret, c/o Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 15091236   | Email/Text: BKRMailOps@weltman.com                     | Mar 22 2025 00:46:00 | Weltman Weinberg & Reis CO, LPA, 323 W. Lakeside Avenue, Suite 200, Cleveland, OH 44113-1009 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| cr       |               | Carrington Mortgages Services, LLC |
| cr       |               | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr       | *+            | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr       | *+            | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 15091212 | *             | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 15091213 | *+            | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15091214 | *             | Chase Bank, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15091215 | *             | Chase Mortgage Corporation, P. O. Box 24696, Columbus, OH 43224-0696 |
| 15091216 | *+            | Citi Bank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15091217 | *+            | Comenity Capital Bank, PO Box 182120, Columbus, OH 43218-2120 |
| 15091219 | *P++          | FIRST COMMONWEALTH BANK, PO BOX 400, INDIANA PA 15701-0400, address filed with court:, First Commonwealth Bank, P. O. Box 400, Indiana, PA 15701-0400 |
| 15091220 | *             | Harmony Hills, 18121 Boys Ranch Road, Altoona, FL 32702-9090 |
| 15091223 | *+            | Kohl's, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15091225 | *+            | Old Navy, c/o Synchrony Bank, Po Box 965005, Orlando, FL 32896-5005 |
| 15091227 | *P++          | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank Card Services, PO Box 3180, Pittsburgh, PA 15230 |
| 15091229 | *+            | Riverset Credit Union, 53 South 10th Street, Pittsburgh, PA 15203-1142 |
| 15091230 | *             | Sundance Vacations & Travel Advantage, c/o Tristate Financial Inc., Po Box 29352, Phoenix, AZ 85038-9352 |
| 15091231 | *P++          | T MOBILE, C O AMERICAN INFOSOURCE LP, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, T-Mobile, Po Box 37380, Albuquerque, NM 87176-7380 |
| 15091232 | *             | Tristate Financial, PO Box 29352, Phoenix, AZ 85038-9352 |
| 15075429 | *+            | U.S. Department of Education, c/o Nelnet, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 15091233 | *+            | U.S. Department of Education, c/o Nelnet, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 15091234 | *+            | U.S. Department of Education, c/o Nelnet, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 15091235 | *+            | Victoria Secret, c/o Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |

TOTAL: 2 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2025            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Carrington Mortgages Services  LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor Carrington Mortgages Services  LLC dcarlon@kmllawgroup.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Kenneth Steidl | on behalf of Joint Debtor Jamie L. Cravener julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Daniel K. Cravener  II julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Kevin Scott Frankel | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION pabk@logs.com, logsecf@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 10